NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NATHAN J. MACK,             )
                                 )
         Appellant,      )
                                 )
v.                           )      Case No. 2D18-232
                                 )
STATE OF FLORIDA,    )
                                 )
        Appellee.       )
_____)

Opinion filed May 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Chris Helinger,
Judge.

Nathan J. Mack, pro se.


PER CURIAM.


         Affirmed.  See Palmieri v. State, 872 So. 2d 340 (Fla. 2d DCA 2004);

Hubbard v. State, 773 So. 2d 87 (Fla. 2d DCA 2000); Miffin v. State, 615 So. 2d 745

(Fla. 2d DCA 1993).


BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.